# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

135810

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

RONALD FRANKLIN COCHRANE,
       Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135810
COA: 269470
Macomb CC: 05-003243-FC

On order of the Court, the application for leave to appeal the December 20, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

Clerk

t0421